IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA HERBERT-TORRES,<br><br>   Plaintiff,<br><br>   vs.<br><br>OROVILLE HOSPITAL, et al.,<br><br>   Defendants.<br>_____/ | No. CIV S-09-3495 KJM-CMK<br><br><u>ORDER GRANTING DEFENDANT<br>UNITED STATES OF AMERICA'S<br>MOTION TO DISMISS</u> |

   This matter comes before the Court upon Defendant United States of America's motion to dismiss for lack of subject matter jurisdiction, filed on February 14, 2011.  (ECF 17.) Plaintiff's having filed a statement of non-opposition (ECF 22), the Court hereby GRANTS the motion and ORDERS Defendants United States of America, Del Norte Clinics, Inc., and Molly Amick dismissed from this action without prejudice to Plaintiff properly bringing a new action as to these Defendants.

   IT IS SO ORDERED.

DATED: March 18, 2011.

_____
UNITED STATES DISTRICT JUDGE

1