1

2

3

4

5

6

7

8                                   IN THE UNITED STATES DISTRICT COURT

9                                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10    LAURA HEBERT-TORRES,

11              Plaintiff,                                    No. CIV S-09-3495 KJM CMK

12         vs.

13    OROVILLE HOSPITAL, et al.,

14              Defendants.                                   <u>ORDER</u>

15    _____/

16         This matter comes before the court upon the parties' stipulation and proposed order, filed

17    on March 21, 2011.  Accordingly, IT IS HEREBY ORDERED that plaintiff's third cause of

18    action (violation of 42 U.S.C. §1395dd and Health & Safety Code §1317 et. seq.) of plaintiff's

19    First Amended Complaint is dismissed as to defendant STEVEN A. GREENBERG, M.D., and

20    the words "recklessly" and "intentionally" on page 8:17 from the First Amended Complaint are

21    stricken as to defendant STEVEN A. GREENBERG, M.D.

22    DATED:  March 25, 2011.

23

24

25                                        _____
                                          UNITED STATES DISTRICT JUDGE
26