IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAURA HERBERT-TORRES,

    Plaintiff,                                  No. CIV S-09-3495 KJM-CMK

    vs.

OROVILLE HOSPITAL, et al.,

    Defendants.                               <u>ORDER</u>

/

        This matter comes before the court upon plaintiff's filing of a complaint against the United States of America (ECF 24) without starting a new action. Plaintiff is hereby ORDERED to refile her complaint against the United States in a new action and pay the civil filing fee within thirty days of the filing of this order. Defendant will have twenty-one days from being served the complaint to file an answer. The clerk is instructed to STRIKE the complaint filed at docket number 24 from the docket.

        IT IS SO ORDERED.

DATED: March 25, 2011.

_____
UNITED STATES DISTRICT JUDGE

1