1
2
3
4
5
6
7
8                              IN THE UNITED STATES DISTRICT COURT
9                            FOR THE EASTERN DISTRICT OF CALIFORNIA
10  LAURA HERBERT-TORRES,
11          Plaintiff,                                     No. CIV S-09-3495 KJM-CMK
12      vs.
13  OROVILLE HOSPITAL; et al.,
14          Defendants.
                                                      /
15  LAURA HERBERT-TORRES,
16          Plaintiff,                                     No. CIV S-11-1048 MCE-GGH
17      vs.
18  UNITED STATES OF AMERICA,
19          Defendant.                                     RELATED CASE ORDER
20                                                    /
21          Examination of the above-captioned actions reveals that they are related within
22  the meaning of Local Rule 123(a).  Both actions involve similar claims and the same event.
23  Accordingly, the assignment of these matters to the same judge is likely to effect a substantial
24  savings of judicial effort and is likely to be convenient for the parties.
25          The parties should be aware that relating cases under Rule 123 causes the actions
26  to be assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related

1

cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that CIV S-11-1048 MCE-GGH is reassigned from Judge England to the undersigned and from Magistrate Judge Hollows to Magistrate Judge Kellison. Henceforth, the caption on documents filed in the reassigned case shall be shown as: CIV S-11-1048 KJM-CMK.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: May 25, 2011.

UNITED STATES DISTRICT JUDGE

2