**DEMAS & ROSENTHAL, LLP**
STEVEN H. SCHULTZ, Esq., State Bar No. 163543
701 Howe Avenue, Suite A-1
Sacramento, California 95825
(916) 442-9000

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA HEBERT-TORRES, | Case No. 2:09-CV-03495 KJM-CMK |
| Plaintiff, | Case No. 2:11-cv-01048 KJM-CMK (against defendant USA only) |
| vs. | |
| OROVILLE HOSPITAL; DAVID HALL, M.D.; DOUG EDGAR, P.A.; MARK T. HEINRICH, M.D.; STEVEN A. GREENBERG, M.D.; ARDAUAN AFRASIABI, M.D.; DOMINIQUE ENGEL, M.D.; NORTH STATE IMAGING; CRAIG LETMER, M.D.; DEL NORTE CLINICS, INC.; MOLLY AMICK, FNP; and DOES 1 through 100 inclusive, | STIPULATION RE CONSOLIDATION AND JOINDER OF CASES |
| Defendants. | |

1

The undersigned, on behalf of their respective parties to this litigation, hereby stipulate to the following:

1. There is currently pending in the United States District Court For The Eastern District Of California, two medical malpractice actions which both involve substantially similar issues of law and fact.

2. Case No. 2:09-CV-03495 JAM CMK is asserted against defendants: OROVILLE HOSPITAL; DAVID HALL, M.D.; DOUG EDGAR, P.A.; MARK T. HEINRICH, M.D.; STEVEN A. GREENBERG, M.D.; ARDAUAN AFRASIABI, M.D.; NORTH STATE IMAGING; CRAIG LETMER, M.D.. Defendant DOMINIQUE ENGEL, M.D. was already dismissed from this proceeding.

3. Case No. 2:11-cv-01048-MCE-GGH is asserted against defendant UNITED STATES OF AMERICA, regarding the care and treatment provided by Molly Amick, F.N.P. and Del Norte Clinics, Inc.

4. Since the liability issues, medical issues, causation issues and damage allegations are substantially similar in both cases, and involve the same alleged injuries to the same plaintiff, the parties herein agree that it is in the interest of fairness and judicial economy that both actions be joined and consolidated for all purposes, including all trial deadlines; discovery; discovery scheduling; and for trial.

5.  It is further agreed that this stipulation may be executed in subparts, and that a fax transmission signature shall constitute an original signature for purposes of effectuating this stipulation.

IT IS SO STIPULATED

DATED: June __, 2011          DEMAS & ROSENTHAL, LLP

BY:  /s/ Steven H. Schultz (as authorized by Steven H. Schultz on 6/15/11)

STEVEN H. SCHULTZ
Attorney for Plaintiff

DATED: June __, 2011          WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP

BY:  /s/ Donald Lounsbury (as authorized by Donald Lounsbury on 6/15/11)

DONALD LOUNSBURY
Attorney for Doug Edgar, PA; David Hall, M.D.; Mark Heinrich, M.D.; Ardauan Afrasiabi, M.D. Oroville Hospital

DATED: June__, 2011                    WASHINGTON & HEITHECKER

                                       BY:   /s/ Tahj E. Gomes (as authorized

                                       by Tanya Butterfield on 6/15/11)

                                             Tahj E. Gomes, Esq.
                                             Attorney for Craig Letner, M.D.;
                                             North State Imaging


DATED: June __, 2011                   SHEUERMAN, MARTINI & TABARI

                                       BY:   /s/ James J. Zenere (as authorized

                                       by Julia Nichols on 6/15/11)

                                             JAMES J. ZENERE
                                             Attorney for Steven Greenberg,
                                             M.D.


DATED: June __, 2011                   UNITED STATES DEPARTMENT OF
                                       JUSTICE


                                       BY:   /s/ Edward A. Olsen (as
                                 authorized by Edward A. Olsen on
                        6/15/11)
                                             EDWARD A. OLSEN
                                             Attorney for U.S.A.

# ORDER

The court, having reviewed the above stipulation of the parties and for good cause hereby approves this stipulation and orders that these cases – 09-3495 KJM-CMK and 11-1048 KJM-CMK – be consolidated and joined for all purposes. Furthermore, the court orders that from the time of this order through the conclusion of this case, the appropriate case number for the consolidated action shall be 2:09CV3495 KJM-CMK for all purposes, and shall be used from this point forward.

IT IS SO ORDERED.

Dated: June 17, 2011.

_____
UNITED STATES DISTRICT JUDGE