BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2821
Facsimile:  (916) 554-2900
edward.olsen@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA HEBERT-TORRES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA and DOES 1 through 100 inclusive,<br><br>　　　　Defendants. | CASE NO. 2:09-CV-03495 KJM-CMK<br><br>**STIPULATION TO DISMISS PLAINTIFF'S SECOND CAUSE OF ACTION; AND ORDER** |

　　　　Plaintiff Laura Hebert-Torres, by and through her attorney of record, and the United States, by and through its attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of Plaintiff's Second Cause of Action in her Complaint.  In her Second Cause of Action, Hebert-Torres alleges that the United States violated 42 U.S.C. § 1395dd and California Health and Safety Code § 1317 *et seq.*, when a nurse practitioner at the Del Norte Clinic allegedly failed to perform an appropriate screening examination to determine whether Hebert-Torres had an emergency medical condition and failed to stabilize Hebert-Torres prior to sending her home. Complaint ¶¶ 29-33.  The parties agree that because neither 42 U.S.C. § 1395dd nor California Health and Safety Code § 1317 contain an express waiver of sovereign immunity, the Court lacks subject matter jurisdiction over the Second Cause of Action in the Complaint.

Dated: May 26, 2011                                Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

*/s/ Edward A. Olsen*
EDWARD A. OLSEN

Dated: May 26, 2011                                */s/ Steven H. Schultz*
STEVEN H. SCHULTZ
DEMAS & ROSENTHAL, LLP
Attorneys for Plaintiff

## ORDER

IT IS HEREBY ORDERED that Plaintiff Laura Hebert-Torres' Second Cause of Action is dismissed with prejudice.

Date: June 21, 2011.

_____
UNITED STATES DISTRICT JUDGE