BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2821
Facsimile: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA HEBERT-TORRES, | CASE NO. 2:09-cv-03495 KJM-CMK |
| Plaintiff, | |
| v. | **JOINT REQUEST FOR A SETTLEMENT CONFERENCE AND ORDER** |
| OROVILLE HOSPITAL; DAVID HALL,M.D.; DOUG EDGAR, P.A.; MARK T.HEINRICH, M.D.; STEVEN A. GREENBERG, M.D.; ARDAUAN AFRASIABI, M.D. NORTHSTATE IMAGING; CRAIG LETMER, M.D.L DEL NORTE CLINICS, INC.; UNITED STATES OF AMERICA, | |
| Defendants. | |

Plaintiff Laura Hebert-Torres, by and through her attorney of record, and the Defendants, by and through their respective attorneys of record, hereby jointly request a settlement conference with Magistrate Judge Kellison at the Court's earliest convenience, ideally within the next forty-five days (but not during the week of August 20-24).

//

//

//

//

//

JOINT REQUEST FOR A SETTLEMENT CONFERENCE

Dated: July 30, 2012    Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

*/s/ Edward A. Olsen*
EDWARD A. OLSEN

Dated: July 30, 2012    */s/ Ronald R. Lamb*
RONALD R. LAMB
WILKE FLEURY, HOFFELT, GOULD & BIRNEY, LLP
Attorneys for Oroville Hospital, David Hall, M.D.,
Doug Edgar, P.A., Mark T. Heinrich, M.D., and
Ardavan Afrasiabi, M.D.

Dated: July 30, 2012    */s/ James Zenere*
JAMES ZENERE
SHEUERMAN, MARTINI & TABARI
Attorneys for Steven A. Greenberg, M.D.

Dated: July 30, 2012    */s/ Steven H. Schultz*
STEVEN H. SCHULTZ
Attorneys for Plaintiff

## ORDER

Pursuant to the parties' joint request, a settlement conference is hereby ordered with Magistrate Judge Kellison on August 29, 2012, at 1:30 p.m.

Date: August 3, 2012.

_____
UNITED STATES DISTRICT JUDGE

JOINT REQUEST FOR A SETTLEMENT CONFERENCE    2