1  BENJAMIN B. WAGNER
   United States Attorney
2  EDWARD A. OLSEN, CSBN 214150
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2821
   Facsimile:  (916) 554-2900
5
   Attorneys for the United States
6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  LAURA HEBERT-TORRES,                CASE NO.  2:09-cv-03495 KJM-CMK

11              Plaintiff,

12  v.                                  **JOINT REQUEST FOR A SETTLEMENT
                                        CONFERENCE AND ORDER**
13  OROVILLE HOSPITAL; DAVID
    HALL,M.D.; DOUG EDGAR, P.A.;
14  MARK T.HEINRICH, M.D.; STEVEN A.
    GREENBERG, M.D.; ARDAUAN
15  AFRASIABI, M.D. NORTHSTATE
    IMAGING; CRAIG LETMER, M.D.L
16  DEL NORTE CLINICS, INC.; UNITED
    STATES OF AMERICA,
17
18              Defendants.

19

20        Plaintiff Laura Hebert-Torres, by and through her attorney of record, and the Defendants, by

21  and through their respective attorneys of record, hereby jointly request a settlement conference with

22  Magistrate Judge Kellison at the Court's earliest convenience, ideally within the next forty-five days

23  (but not during the week of August 20-24).

24  //

25  //

26  //

27  //

28  //

    JOINT REQUEST FOR A SETTLEMENT CONFERENCE

1  Dated:  July 30, 2012                    Respectfully submitted,

2                                           BENJAMIN B. WAGNER
                                            United States Attorney
3
                                            /s/ Edward A. Olsen
4                                           EDWARD A. OLSEN

5
   Dated: July 30, 2012                     /s/ Ronald R. Lamb
6                                           RONALD R. LAMB
                                            WILKE FLEURY, HOFFELT, GOULD & BIRNEY, LLP
7                                           Attorneys for Oroville Hospital, David Hall, M.D.,
                                            Doug Edgar, P.A., Mark T. Heinrich, M.D., and
8                                           Ardavan Afrasiabi, M.D.

9
   Dated: July 30, 2012                     /s/ James Zenere
10                                          JAMES ZENERE
                                            SHEUERMAN, MARTINI & TABARI
11                                          Attorneys for Steven A. Greenberg, M.D.

12
   Dated: July 30, 2012                     /s/ Steven H. Schultz
13                                          STEVEN H. SCHULTZ
                                            Attorneys for Plaintiff
14

15

16                                        **ORDER**

17

18       Pursuant to the parties' joint request, a settlement conference is hereby ordered with Magistrate

19  Judge Kellison  on August 29, 2012, at 1:30 p.m.

20  Date:  August 3, 2012.

21

22                                          _____
                                            UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

   JOINT REQUEST FOR A SETTLEMENT CONFERENCE                    2