BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2821
Facsimile:  (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA HEBERT-TORRES, | CASE NO.  2:09-cv-03495 KJM-CMK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO MOVE SETTLEMENT CONFERENCE FROM AUGUST 29, 2012 TO AUGUST 30, 2012** |
| OROVILLE HOSPITAL; DAVID HALL,M.D.; DOUG EDGAR, P.A.; MARK T.HEINRICH, M.D.; STEVEN A. GREENBERG, M.D.; ARDAUAN AFRASIABI, M.D. NORTHSTATE IMAGING; CRAIG LETMER, M.D.L DEL NORTE CLINICS, INC.; UNITED STATES OF AMERICA, | |
| Defendants. | |

Plaintiff Laura Hebert-Torres, by and through her attorney of record, and the Defendants, by and through their respective attorneys of record, hereby stipulate, subject to approval of the Court, to move the settlement conference currently scheduled for August 29, 2012, to August 30, 2012.

//

//

//

//

//

STIPULATION AND PROPOSED ORDER

| | |
|---|---|
| Dated:  August 14, 2012 | Respectfully submitted,<br><br>BENJAMIN B. WAGNER<br>United States Attorney<br><br>*/s/ Edward A. Olsen*<br>EDWARD A. OLSEN |
| Dated:  August 14, 2012 | */s/ Ronald R. Lamb*<br>RONALD R. LAMB<br>WILKE FLEURY, HOFFELT, GOULD & BIRNEY, LLP<br>Attorneys for Oroville Hospital, David Hall, M.D., Doug Edgar, P.A., Mark T. Heinrich, M.D., and Ardavan Afrasiabi, M.D. |
| Dated:  August 14, 2012 | */s/ James Zenere*<br>JAMES ZENERE<br>SHEUERMAN, MARTINI & TABARI<br>Attorneys for Steven A. Greenberg, M.D. |
| Dated:  August 14, 2012 | */s/ Steven H. Schultz*<br>STEVEN H. SCHULTZ<br>Attorneys for Plaintiff |

### ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED THAT the settlement conference is moved from August 29, 2012, to August 30, 2012, at 10:00 a.m.

DATED: August 21, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER  -2-